FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

Case No. 5D2024-2169
LT Case No. 2024-CA-000577

CORRECTED

_____

VICTOR HICKS,

    Petitioner,

    v.

DEPARTMENT of CORRECTIONS
and STATE of FLORIDA,

    Respondents.

_____

Petition for Writ of Mandamus.
Pamela Stinnette Vergara, Judge.

Victor Hicks, Malone, pro se.

No Appearance for Respondents.

September 26, 2025

PER CURIAM.

Upon consideration of Petitioner's recently filed fourth procedural motion, and the apparent abuse of the legal process by his abusive, repetitive, malicious, or frivolous pro se filings attacking his judgment and sentence in Hernando County Circuit Court Case No. 2024-CA-000577, we deny Petitioner's motion. Petitioner was previously cautioned that any further pro se filings in this Court asserting claims stemming from the identified case

number may result in sanctions.  *See* § 944.279(1), Fla. Stat. (2025); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).  Having carefully considered Petitioner's continued abuse of the legal process in his repetitive filings, we conclude that he is abusing the judicial process and should be barred from further pro se filings.

Therefore, in order to conserve judicial resources, Petitioner is prohibited from filing with this Court any further pro se filings concerning the above referenced case.  The Clerk of this Court is directed not to accept any further pro se filings concerning the referenced case.  Any future filings regarding the referenced case will be summarily rejected by the Clerk, unless filed by a member in good standing of The Florida Bar.  *See Isley v. State*, 652 So. 2d 409, 411 (Fla. 5th DCA 1995) ("Enough is enough.").  The Clerk is further directed to forward a certified copy of this opinion to the appropriate institution for consideration of disciplinary proceedings.  *See* § 944.279(1), Fla. Stat. (2018); *Simpkins v. State*, 909 So. 2d 427, 428 (Fla. 5th DCA 2005).

MOTION DENIED; PETITIONER BARRED from further pro se filings.

WALLIS, HARRIS, and KILBANE, JJ., concur.

––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––